AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:22-MJ-00286 |
| JOEL SERRATA ROSARIO | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 11, 2022 - May 13, 2022   in the county of   Hamilton   in the   Southern   District of   Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(A), 846 | Possession with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of heroin |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

MICHAEL DICKHAUS (Affiliate)
Digitally signed by MICHAEL DICKHAUS (Affiliate)
Date: 2022.05.16 12:16:45 -04'00'

*Complainant's signature*

Michael Dickhaus, TFO, DEA
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date:   May 16, 2022

*Judge's signature*

City and state:   Cincinnati, Ohio     Hon. Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF A CRIMINAL COMPLAINT FOR:**<br><br>**JOEL SERRATA ROSARIO and MAXIMO PENA HERRERA** | Case No. __1:22-MJ-00286__<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Michael Dickhaus, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. This affidavit is submitted in support of a criminal complaint for Maximo Pena HERRERA and Joel Serrata ROSARIO. Beginning in or about May 9, 2022, the exact dates being unknown, and continuing through May 13, 2022, the defendants, Maximo Pena HERRERA and Joel Serrata ROSARIO, and others, in the Southern District of Ohio and elsewhere, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, to commit the following offense(s) against the United States: to possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one kilogram or more of a substance and mixture containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), in violation of Title 21 U.S.C. § 846.

2. I am a Detective with the City of Florence (Kentucky) currently assigned as a Task Force Officer with the Drug Enforcement Administration. I have been an officer for over sixteen (16) years. I have a Bachelor's of Science degree from the University of Cincinnati. I attended

and graduated from the Department of Criminal Justice Training (DOCJT) 18-week police academy. During the course of my law enforcement career, I have received training in the use, preparation, and execution of search and seizure warrants through the Department of Criminal Justice Training (DOCJT). I have subsequently participated in the execution of numerous search and seizure warrants for narcotics, dangerous drugs, and the records, books, and proceeds, derived as a result of violations of the state and federal narcotic statutes.

3. I have participated in all aspects of drug investigations, including physical surveillance, installation and monitoring of GPS devices, execution of search warrants, arrests of drug traffickers, and Title-III wiretap investigations. I have participated in the execution of numerous search warrants seeking evidence of violations of the Federal Controlled Substances Act (Title 21 of the United States Code). These warrants covered the search of locations such as residences of drug traffickers and their co-conspirators/associates, drug manufacturing operations, and stash houses used as storage and distribution points for controlled substances. These warrants also included the seizure of location information for cell phones and GPS tracking devices.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

5. The United States, including the Drug Enforcement Administration ("DEA"), is conducting a criminal investigation of unidentified subjects regarding possible violations of Title 21 U.S.C. §§ 846 and 841(a)(1).

**A. On May 11, 2022, law enforcement conducted a traffic stop on a commercial truck driver transporting drugs from California to Cincinnati, Ohio.**

6. On May 11, 2022, law enforcement conducted a traffic stop on a commercial truck driver transporting a vehicle hauler in El Reno, Oklahoma. The DEA Dallas-Oklahoma District Office assisted agents from the Oklahoma Corporation Commission ("OCC") and Oklahoma Bureau of Narcotics ("OBN") on the traffic stop, which occurred on State Highway 66 in El Reno, Oklahoma. Law enforcement initiated the traffic stop because the vehicle hauler did not have a front license plate and for improper lane usage. OCC agents moved the traffic stop from State Highway 66 to the Love's Truck Stop located at 3900 South Radio Road in El Reno, Oklahoma, for further investigation after determining that one of the vehicles loaded on the vehicle hauler likely contained narcotics.

7. OCC agents contacted OBN and requested their assistance with the investigation. OBN agents used a certified drug-detection canine to conduct an open-air sniff on the vehicles loaded on the vehicle hauler. The canine showed a positive indication ("alerted") to the presence of drugs on a 2012 Maroon Kia Sorento SUV (the "KIA Sorento"), which was one of several vehicles loaded onto the vehicle hauler.

8. Following the canine's alert, the OBN agents searched the KIA Sorento for drugs. OBN agents located a hidden compartment inside the KIA Sorento. The hidden compartment was operated by relays that agents found under the car's back seat and center console. The relays opened and closed the lid of the hidden compartment inside the KIA Sorento. Agents traced the wires from the relays to the hidden compartment inside the vehicle. Agents activated the relays and opened the hidden compartment. Concealed inside the secret compartment were twenty-nine (29) kilos of suspected cocaine and five (5) kilos of suspected heroin. The drugs field-tested

positive for both cocaine and heroin. Based on my training and experience, the cocaine and heroin had a street value of approximately $1,033,000.00.

9. In addition to the large quantity of drugs, agents also located a GPS tracking device inside the KIA Sorento in the driver's seat floorboard next to the brake pedal. The GPS tracking device had a green light that was illuminated, leading agents to believe that it was activated and running. Based on my training and experience, I know it is common for drug traffickers to use commercially available GPS tracking devices to monitor the cross-country transportation of a large quantity of drugs.

### B. Agents learned that an unknown person will pay the commercial truck driver $1900 in cash upon delivery of the KIA Sorento from California to Cincinnati, Ohio.

10. Following this discovery, OBN agents contacted the DEA Dallas-Oklahoma District Office and requested their assistance in this investigation. Task Force Officer (TFO) Kyle Cunningham and Special Agent (SA) Michael Dent conducted an interview with the truck driver, Cooperating Witness 1 ("CW-1"), about the KIA Sorento. CW-1 told agents that CW-1 picked up the KIA Sorento in San Bernardino, California, on May 9, 2022. CW-1 said that the KIA Sorento was a late addition to the load of vehicles that were already scheduled for delivery. CW-1 said the KIA Sorento was listed by a broker online and that upon acceptance of the transport, CW-1 met with an unknown male at Gabi's Auto Repair and Body Shop located at 2228 North Golden Avenue San Bernardino, California 92404 to pick up the vehicle.

11. CW-1 told agents that the man who arrived at the shop with the KIA Sorento ("Subject 1") was African American, approximately 35 years old, about 5' 8" tall, and had a beard. Subject 1 told CW-1 that he did not live in Los Angeles and that he had come to California for the purpose of purchasing a vehicle. The KIA Sorento was to be delivered to a

person listed on the Bill of Lading as "Rueben" at 1809 Central Avenue, Cincinnati, Ohio 45214. Rueben's phone number was listed as (470) 756-3200. Subject 1 instructed CW-1 to contact Rueben at (470) 756-3200 to arrange the delivery of the Kia Sorento once CW-1 arrived in Cincinnati. CW-1 will be paid $1,900.00 in cash for the transportation and delivery of the KIA Sorento. Based on my training and experience, I know it is common for drug traffickers to pay drivers in cash for transporting large quantities of drugs because cash payments are harder to trace than electronic payments.

12. The listed sender of the KIA Sorento on the Bill of Lading was "Estrella" and the listed address under that name was the address for Gabi's Auto Repair and Body Shop. The phone number for Estrella was listed as (626) 759-2035.

13. CW-1 told agents that this was the first time CW-1 had picked up a vehicle from Subject 1 or from Gabi's Auto Repair and Body Shop. CW-1 told agents that the KIA Sorento was the only vehicle destined for Cincinnati, Ohio; the remaining vehicles were to be delivered to New York.

14. Based on my training and experience, I believe that the circumstances surrounding the KIA Sorento's transport to Cincinnati, Ohio—the last-minute addition to CW-1's load, cash payment, and it being the only vehicle bound for Cincinnati—are consistent with a conspiracy to transport drugs from California, a major source location for drugs entering the United States, to Cincinnati.

**C. On May 13, 2022, agents placed simulated drugs inside the KIA Sorento and used a tracking device to further investigate the DTO.**

15. On May 12, 2022, law enforcement agents prepared "decoy" packages that contained simulated cocaine and/or heroin to replace the real drugs that were seized from the

hidden compartment inside the KIA Sorento the day before. Significantly, law enforcement learned that the KIA SORENTO has a fictitious VIN number. Based on my training and experience, I know that it is advantageous for drug traffickers to use a vehicle with a fictious VIN number because it further obscures their identities and movements.

16. CW-1 continued to travel towards Cincinnati, Ohio, with the KIA Sorento loaded on his truck, to meet with the unknown suspect(s). Once CW-1 arrived in the Southern District of Ohio on May 13, 2022, agents placed the "decoy" packages of fake drugs inside the KIA Sorento. Agents also placed a court-authorized covert GPS tracking device into or onto the KIA Sorento.

**D. On May 13, 2022, two men later identified as HERRERA and ROSARIO, picked up the KIA Sorento containing the simulated drugs.**

17. On May 13, 2022, DEA investigators escorted the car hauler containing the KIA Sorento—the load vehicle—to the Harrison, OH, area. Investigators placed the "sham" drugs inside the trap of the KIA Sorento and placed the GPS tracker on the exterior of the KIA Sorento. Agents then instructed CW-1 to contact the intended recipient of the KIA Sorento— "Rueben" with cell phone number (470) 756-3200— and drive to area of 4777 Kenard Avenue, Cincinnati, OH. In text messages CW-1 sent to (470) 756-3200, CW-1 said that he was at 4777 Kenard Avenue, Cincinnati, OH. The person using the cell phone assigned call number (470) 756-3200 replied, "Thanks, see you in 25." Agents then instructed CW-1 to take the KIA Sorento off the car hauler and place it in a lot located at 4777 Kenard Avenue, Cincinnati, OH. DEA Investigators established surveillance on the KIA Sorento.

18. At approximately 11:10 a.m., two unknown subjects arrived at 4777 Kenard Avenue, Cincinnati, OH driving a rental vehicle with New York registration JSA 6572. One of

the subjects (eventually identified as HERRERA) got out of the vehicle, met with CW-1, and paid the money owed ($1,900) in cash. HERRERA then took the NY registration plate off the front of the rental vehicle and placed it on the KIA Sorento. HERRERA then entered the KIA Sorento and ROSARIO the rental vehicle. They each drove the respective vehicles away in tandem. Investigators followed the vehicles and Ohio State Highway Patrol (OHSP) simultaneously conducted traffic stops on both vehicles. Both subjects were placed into custody. The subjects were identified as Maximo PENA HERRERA and Joel SERRATA ROSARIO of New York

19. HERRERA cooperated and stated he was "just a mule," meaning a drug mule. Both HERRERA and ROSARIO had conflicting stories of how long they had been in the Cincinnati area, in which hotels they stayed, and why they were in the area. Based on information agents learned from HERRERA, ROSARIO lied about what hotel he was staying in. HERRERA confessed that he was sent here by a male subject who was in jail in New York. The jailed New York man instructed HERRERA to pick up a vehicle and drive the vehicle to an address in Cincinnati, OH. HERRERA was then supposed to contact New York and separate the drugs; some of the drugs were supposed to go to another unknown location. Agents asked HERRERA why ROSARIO would lie about his hotel room. HERRERA stated ROSARIO possibly had both drugs and money in his hotel room, and most likely a large amount of money. HERRERA told agents that ROSARIO was part of the drug trafficking conspiracy, and that they were working together to pick up the drugs inside the KIA Sorento and to deliver the drugs to a location in Cincinnati.

20. This affidavit is submitted in support of a criminal complaint for Maximo Pena HERRERA and Joel Serrata ROSARIO.

## CONCLUSION

21. Beginning in or about May 9, 2022, the exact dates being unknown, and continuing through May 13, 2022, the defendants, Maximo Pena HERRERA and Joel Serrata ROSARIO, and others, in the Southern District of Ohio and elsewhere, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, to commit the following offense(s) against the United States: to possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one kilogram or more of a substance and mixture containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), in violation of Title 21 U.S.C. § 846.

Respectfully submitted,

MICHAEL DICKHAUS (Affiliate)
Digitally signed by MICHAEL DICKHAUS (Affiliate)
Date: 2022.05.16 12:17:10 -04'00'

Michael Dickhaus
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me on May 13, 2022.
**via electronic means, specifically Facetime video.**

*Stephanie K. Bowman*

STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

8